BLUMENTHAL NORDREHAUG BHOWMIK DE BLOUW LLP
Norman B. Blumenthal (State Bar No. 068687)
Kyle R. Nordrehaug (State Bar No. 205975)
Aparajit Bhowmik (State Bar No. 248066)
Piya Mukherjee (State Bar No. 274217)
Charlotte James (State Bar No. 308441)
2255 Calle Clara
La Jolla, CA  92037
Telephone: (858) 551-1223
Facsimile:  (858) 551-1232
norm@bamlawca.com

Attorneys for Plaintiffs
FABIAN MARTINEZ

*ADDITIONAL COUNSEL LISTED ON FOLLOWING PAGE*

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Fabian Martinez, an individual, on behalf of himself and on behalf of all persons similarly situated,<br><br>　　　　Plaintiff,<br><br>　vs.<br><br>Johns Manville, a Corporation; and Does 1 through 50 inclusive,<br><br>　　　　Defendant. | Case No.  2:23-cv-1042 KJM DB<br><br>**ORDER GRANTING JOINT STIPULATION TO CONTINUE DEADLINES SET BY COURT AT INITIAL STATUS CONFERENCE**<br><br>Judge:　　Hon. Kimberly J. Mueller<br>Action Filed: March 15, 2023<br>Trial Date:　Not set |

ORDER

1  MALCOLM A. HEINICKE (State Bar No. 194174)
   Malcolm.Heinicke@mto.com
2  MUNGER, TOLLES & OLSON LLP
   560 Mission Street, 27th Floor
3  San Francisco, California 94105
   Telephone:   (415) 512-4000
4  Facsimile:   (415) 512-4077

5  KATHERINE M. FORSTER (State Bar No. 217609)
   Katherine.Forster@mto.com
6  ERICA C. TOOCH (State Bar No. 342705)
   Erica.Tooch@mto.com
7  MUNGER, TOLLES & OLSON LLP
   350 South Grand Avenue, 50th Floor
8  Los Angeles, California  90071
   Telephone:   (213) 683-9100
9  Facsimile:   (213) 687-3702

10 Attorneys for Defendant
   JOHNS MANVILLE

# ORDER

The parties' stipulation requested a one-year continuance of the following deadlines.  *See* Stip., ECF No. 21.  The court issued a minute order stating it is ready to grant a 6-month extension unless the parties supplement their request within 7 days with an explanation of why a longer extension is warranted.  *See* Min. Order, ECF No. 22.  The parties did not supplement their request by the deadline.  Good cause appearing, the Court hereby orders as follows:

The deadlines set by the court on December 14, 2023, at the Initial Status Conference are continued as follows:

    a.    **Pre-Class Certification Motions:  October 4, 2024**

    b.    **Fact Discovery Cutoff:  January 3, 2025**

    c.    **Motion for Class Certification:  February 3, 2025**

**IT IS SO ORDERED.**

DATED:  February 6, 2024.

_____
CHIEF UNITED STATES DISTRICT JUDGE