UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FABIAN MARTINEZ, an individual, on behalf of himself and on behalf of all persons similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>JOHNS MANVILLE, a Corporation; and DOES 1 through 50 inclusive,<br><br>Defendant. | CASE NO. 2:23-CV-1042 KJM DB<br><br>**ORDER GRANTING STIPULATION TO REMAND ACTION TO THE SUPERIOR COURT OF CALIFORNIA, COUNTY OF GLENN** |

Pursuant to the parties stipulation, the court **grants** the parties' request and **remands** this action to the Superior Court of California, County of Glenn for the sole purpose of approving the parties' settlement.

IT IS SO ORDERED.

Dated:  July 29, 2024.

_____
CHIEF UNITED STATES DISTRICT JUDGE